# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

LUNDES GARRETT,                    :      NO. 3:26-CV-00289
          Plaintiff,              :
                             :
      v.                              :
                             :      (CAMONI, M.J.)
GEICO INDEMNITY COMPANY,           :
          Defendant.              :
                             :

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)    The Defendant's motion to dismiss (doc. 17) is **DENIED**; and

(2)    Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant's responsive pleading shall be served no later than 14 days from the date of this Order.


Date: May 26, 2026                    s/ *Sean A. Camoni*
                                       Sean A. Camoni
                                       United States Magistrate Judge